```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at FRANKFORT**

| | | |
|---|---|---|
| SAMUEL MCCULLUM, | ) | |
| | ) | |
|    Petitioner, | ) | Civil No. |
| | ) | 3:20-cv-38-JMH |
| v. | ) | |
| | ) | |
| RODNEY BALLARD, ET AL., | ) | **JUDGMENT** |
| | ) | |
|    Respondents. | ) | |

                      \*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Samuel McCullum's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [DE 1] is **DENIED**.

(2) This action is **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 20th day of May, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge